STATE of Missouri, Respondent,

v.

Nena L. HICKMAN, Appellant.

No. WD 64508.

Missouri Court of Appeals,
Western District.

Sept. 26, 2006.

Application for Transfer to Supreme Court
Denied Oct. 31, 2006.

Application for Transfer Denied
Dec. 19, 2006.

John W. Simon, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J.,
HOWARD and NEWTON, JJ.

### ORDER

PER CURIAM.

Nena Hickman appeals her conviction and sentence for first degree murder, under section 565.020, RSMo 2000, and armed criminal action, under section 571.015.1, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.